# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. **3028** & TITLE - IN RE: **See Attachment No. 1**

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attachment No. 2

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for **See attachment No. 3**, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✔] This party's parent corporation(s) are listed below:

See attachment No. 4

[✔] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

FedEx Corporation

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

---

Floyd G. Cottrell  
Signature of Attorney

Cottrell Law Group, P.A.  
Name of Firm

Three University Plaza, Suite 500  
Address

Hackensack, NJ 07601  
City/State/Zip Code

Date **February 17, 2022**

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# Attachment to Corporate Disclosure Statement

## No. 1  MDL Caption

In Re: ONE APUS Incident dated November 30, 2020

## No. 2 District Court Caption

Travelers Property Casualty Company of America
v.
All-Ways Forwarding Int'l Inc., APL Logistics Ltd, Kuehne & Nagel Inc. d/b/a Blue Anchor America Line, China Int'l Freight Co., Ltd., Danmar Lines Ltd. a/k/a Danmar Lines AG, Fedex International Freight Forwarding Agency Services (Shanghai) Company Limited, Laufer Group International Ltd., Master International Logistics (China) Co., Ltd., Yang Ming Marine Transport Corp., Shenzhen Yukon Logistics Co., Ltd. and Air Tiger Express (Asia), Inc.,

Civil Action No. 1:21-cv-09388-AT, Southern District of New York

## No. 3 Party

Fedex International Freight Forwarding Agency Services (Shanghai) Company Limited

## No. 4 Party's Parent Corporation

FedEx Trade Networks Transport & Brokerage Inc. is a wholly owned subsidiary of FedEx Logistics, Inc.

FedEx Logistics, Inc. is a wholly owned subsidiary of FedEx Corporation.