BEFORE THE JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

In Re: ONE APUS            )
Container Ship Incident    )
on November 30, 2020       )            MDL No. 3028

## LIST OF ACTIONS
## NAMING DEFENDANT YANG MING MARINE TRANSPORT CORP.

1. Starr Indem. & Liab. Co. a/s/o BBC Int'l LLC,
   S.D.N.Y. Case No. 21 Civ. 9370;

2. Travelers Property Casualty Co. of Am.,
   S.D.N.Y. Case No. 21 Civ. 9388;

3. Hanesbrands Inc. v. EFL Container Lines, LLC,
   S.D.N.Y. Case No. 21 Civ. 9858;

4. Federal Ins. Co. a/s/o Ottlite Technologies Inc.,
   S.D.N.Y. Case No. 21 Civ. 9935;

5. Federal Ins. Co. a/s/o University Furnishings LP.,
   S.D.N.Y. Case No. 21 Civ. 9992; and

6. Huatai Property & Casualty Ins. Co.
   v. Yang Ming Marine Transp. Corp.,
   S.D.N.Y. Case No. 21 Civ. 10173.