BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

----------------------------------------x
IN RE:                                  :
ONE APUS CONTAINER SHIP                 :
INCIDENT ON                             :   MDL Docket No.: 3028
NOVEMBER 30, 2020                       :
----------------------------------------x

## PROOF OF SERVICE

In compliance with Rule 4.1 (a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I certify that on February 22, 2022, I caused the forgoing Defendant Trans Knight Inc.'s Notice of Appearance to be electronically filed with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing on all counsel of record in the action.

Dated: February 22, 2022

_____
Owen F. Duffy