**PROOF OF SERVICE**
MDL No. 3028 IN RE: ONE Apus Container Ship Incident on November 30, 2020
Associated Cases: CAC/2:21-cv-08784

STATE OF CALIFORNIA )
                                 ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 111 W. Ocean Blvd., Suite 1960, Long Beach, California 90802.

On February 23, 2022 I served the foregoing document described as **CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by electronically serving or by mail as follows:

[XX ] **BY MAIL:** I served the following persons and/or entities by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed per the attached list

[xx ] **VIA CM/ECF: T**he forgoing document was served on all other parties counsel that have appeared via the Court's CM/ECF system per Rule 4.1.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on February 23, 2022 at Long Beach, California.

                                                    s/*Stephen M. Uthoff*_____
                                                    Stephen M. Uthoff

# Service List

Ocean Network Express PTE Ltd
c/o Albert E. Peacock, III
Peacock, Piper, Tong & Voss LLP
100 West Broadway Suite 610
Long Beach, CA 90802

Hapag-Lloyd AG
399 Hoes Ln #101
Piscataway, NJ 08854

Tianshi Logistics Co., Limited
Attn: Quartz Logistics Inc.
780 Nogales St, Suite D
City of Industry, CA 91748-1306

Yang Ming (America) Corporation
One Newark Center
1085 Raymond Blvd
Newark, NJ 07102

Yang Ming Marine Transport Corporation c/o
Yang Ming (America) Corporation
One Newark Center
1085 Raymond Blvd
Newark, NJ 07102