BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ONE Apus Container Ship
Incident on November 30, 2020                             MDL No. 3028

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of Defendant Airport Clearance Services, Inc.'s Notice of Appearance and Corporate Disclosure Statement were served on all parties in the following cases electronically via ECF, or as indicated below, on February 24, 2022.

**Starr Indemnity & Liability Company, Inc. v. Airport Clearance Services, Inc., Southern District of New York, 21 Civ. 10554 (AT)**

**Served via Email**
Kevin John Byron O'Malley, Esq.
Nicoletti Hornig & Sweeney
88 Pine Street, 7th Floor
New York, NY 10005
Telephone: 212-220-3830
Facsimile: 212-220-3780
Email: komalley@nicolettihornig.com
**Counsel for Plaintiff Starr Indemnity & Liability Company, Inc.**

Dated this 24th day of February 2022

Respectfully Submitted,

_____/s/ Susan Lee_____
Susan Lee, Esq.
Carlson and Ryan LLP
43 West 43rd St., Suite 243
New York, NY 10036-7424
Telephone: (917) 734-3298
Email: susan@carlsonryanlaw.com
**Counsel for Defendant Airport Clearance Services, Inc.**