BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

IN RE: ONE APUS)
**Container Ship Incident**)
on November 30, 2020)MDL No. 3028

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of Plaintiff M+R FORWARDING PTE LTD.'s Notice of Appearance was served on all parties which have appeared in the following cases electronically via ECF on February 24, 2022. I hereby certify that a copy of Plaintiff M+R FORWARDING PTE LTD.'s Corporate Disclosure Statement was served on all parties which have appeared in the following cases electronically via ECF on February 25, 2022.

> M+R Forwarding Pte. Ltd. v. Benkel International Pte Ltd.
> SDNY Case No. 1:21-cv-09752

Dated:New York, New York
February 25, 2022

Respectfully submitted,

BLANK ROME LLP

By/s/ *Lauren B. Wilgus*
Lauren B. Wilgus
Attorney for Plaintiff M+R FORWARDING PTE LTD.
1271 Avenue of the Americas
New York, New York 10020
Tel.: (212) 885-5000
Lauren.Wilgus@blankrome.com