**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ONE Apus Container Ship Incident on November 30, 2020 | MDL NO. 3028 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, the Corporate Disclosure Statement was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: February 25, 2022

KAYE, ROSE & PARTNERS, LLP

By:   /s/ Bradley M. Rose
Bradley M. Rose
723 Palisades Beach Rd., Suite 108
Santa Monica, CA 90402
Tel. (310)551-6555
Attorney for Defendants, as indicated in *Schedule A*